CASE NO. 19-1026

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| JONELLA TESONE, | ) |
| | ) |
|     Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| EMPIRE MARKETING STRATEGIES, | ) |
| | ) |
| | ) |
|     Defendant-Appellee. | ) |

On Appeal from the United States District Court
For the District of Colorado
The Honorable Judge Michael E. Hegarty
D.C. No. 1:17-CV-02101-MEH-KLM

**APPELLANT'S UNOPPOSED MOTION TO FILE OPENING BRIEF
OUT OF TIME**

Respectfully submitted,

Joseph A. Whitcomb, Esq.
LaQunya L. Baker, Esq.
Whitcomb, Selinsky, McAuliffe, PC.
2000 S. Colorado Blvd
Tower 1, Suite 9500
Denver, CO 80222
(303)534-1958
laqunya@wsmlawpc.com

    COMES NOW Plaintiff-Appellant Jonella Tesone, and through counsel, pursuant to Fed. R. Civ. P. 6(b), and hereby submits the following Motion to File the Appellant's Opening Brief Out of Time in the above-referenced matter. As grounds therefor, Plaintiff-Appellant states as follows:

1. Appellant's brief was due by midnight May 7, 2019. (Minute Order dated April 11, 2019).

2. Due to technical difficulties Plaintiff-Appellant's counsel had consolidating the documents and submitting them electronically, the brief was submitted at 12:11 AM on May 8, 2019.

3. This was not an intentional delay, but was a function of Plaintiff-Appellant's counsel receiving an error message from the filing system stating that documents containing Java Script could not be uploaded. It took the undersigned about 25 minutes to chase down and solve the problem. This resulted in the late filing.

4. Pursuant to 10th Cir. R. 27.4(B)(2), Counsel for Plaintiff –Appellant conferred with Defendant-Appellee's Counsel regarding this Motion, who stated that Defendant-Appellee had no objection to this motion.

WHEREFORE, Plaintiff-Appellant requests leave to file her Opening Brief one day (or 1 hour, seven minutes) out of time.

Respectfully submitted this the 8th day of May, 2019.

Respectfully submitted,


s/ Joseph A. Whitcomb

Respectfully submitted,

Joseph A. Whitcomb, Esq.
LaQunya L. Baker, Esq.
Whitcomb, Selinsky, McAuliffe, PC.
2000 S. Colorado Blvd
Tower 1, Suite 9500
Denver, CO 80222
(303)534-1958
laqunya@wsmlawpc.com

## CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS

  I hereby certify that a copy of the foregoing **Motion to File Plaintiff-Appellant's Opening Brief Out of Time**, as submitted in Digital Form via the court's ECF system, has been scanned for viruses with the McAfee Anti-Virus, Virus Definition File Dated: 05/08/2019 and, according to the program, is free of viruses. In addition, I certify all required privacy redactions have been made.

        By:   /S/ Joseph Whitcomb_____
             Joseph A. Whitcomb

# CERTIFICATE OF SERVICE

    I hereby certify that on May 08, 2019, I electronically filed the foregoing Plaintiff-Appellant's **Unopposed Motion to File Opening Brief Out of Time**. I also certify that I used the CM/ECF system, which will send notification of such filing to the following e-mail:

jmann@gordonrees.com,
lbustos@gordonrees.com
jkeen@grsm.com,
ktrease@grsm.com,
mvela@grsm.coms

                                       / Joseph A. Whitcomb
                                       ***Joseph A. Whitcomb, Esq.***