FILED  
United States Court of Appeals  
Tenth Circuit

May 8, 2019

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

JONELLA TESONE,

   Plaintiff - Appellant,

v.

EMPIRE MARKETING STRATEGIES,

   Defendant - Appellee.

No. 19-1026

---

## ORDER

---

This matter is before the court on Appellant's motion for leave to file the opening brief and appendix one day out of time. The motion is granted. Appellant's opening brief and appendix will be filed as of the date of receipt, May 8, 2019.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk